IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                      CASE NO. 1:11-cr-00002-MP -GRJ

STEVE LEWIS MARKS,

    Defendant.

_____/

**O R D E R**

This matter is before the Court on Doc. 27, Report and Recommendation on Plea of Guilty as to Steve Lewis Marks. Based on its review of the Report and Recommendation, the Court now finds Mr. Marks to be alert and intelligent, and that he understands the nature of the charge or charges brought against him and the consequences of pleading guilty. The Court also finds the facts the government is prepared to prove and that Mr. Marks admitted and stated under oath in open court as being true and correct are sufficient to sustain his guilty plea. The undersigned further finds that his decision to plead guilty is freely, voluntarily and intelligently made and he has had the advice and counsel of a competent lawyer with whom he has said he is well pleased. Accordingly, it is hereby

    **ORDERED AND ADJUDGED:**

    The Court accepts the guilty plea, withholds formal adjudication of guilt, orders a presentence investigation report be made in Mr. Marks' case, and sets the sentencing for 6/16/2011 at 11:00 a.m. before the undersigned.

    **DONE AND ORDERED** this _12th_ day of April, 2011



*s/Maurice M. Paul*
Maurice M. Paul, Senior District Judge